1

2

3

4

5

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

6

SHENNA CORRAL, *et al.*,

                                   3:16-cv-00386-HDM-WGC

7

        Plaintiffs,               3:16-cv-00387-HDM-WGC

                                   3:16-cv-00388-HDM-WGC

8

    vs.

9

HG STAFFING, LLC, MEI-GSR           ORDER

HOLDINGS LLC c/b/a GRAND

10

SIERRA RESORT,

11

       Defendants.

12

_____

SARA READER, *et al.*,

13

vs.

14

HG STAFFING, LLC, MEI-GSR

15

HOLDINGS LLC c/b/a GRAND

SIERRA RESORT,

16

17

       Defendants.

_____

18

CATHY BENSON, *et al.*,

19

vs.

20

HG STAFFING, LLC, MEI-GSR

HOLDINGS LLC c/b/a GRAND

21

SIERRA RESORT,

22

       Defendants.

_____/

23

24

    On August 23, 2013 the undersigned judge recused in the case

25

of *Sargent, et al., vs. HG Staffing, LLC, et al.*, Case No. 3:13-cv-

26

00453-LRH-WGC.  Because the current actions are related to Case No.

3:13-cv-00453-LRH-WGC and should have been so designated at the time of filing (LR 42-1(a)), the undersigned refers each of these cases to the Chief Judge for reassignment.

It is so Ordered.

Dated this 6th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

2