Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SARA READER (formerly LARSON), *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

HG STAFFING, LLC, MEI-GSR HOLDINGS LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,

Defendants.

Case No.: 3:16-cv-00387-LRH-WGC

**STIPULATION AND ORDER TO EXCEED PAGE LIMIT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C §216(b)**

**(First Request)**

Plaintiffs, by and through their counsel of record, Thierman Buck, LLP, and Defendants, by and through their counsel of record, Cohen|Johnson|Parker|Edwards, do hereby agree and stipulate to allow Plaintiffs to extend the page limit of Plaintiffs' Reply to Defendants' Opposition (ECF No. 52) to Plaintiffs' to Motion for Circulation of Notice Pursuant to 29 U.S.C §216(b), (ECF No. 49) to no more than twenty (20) pages.

Pursuant to Local Rule ("LR") 7-4, the Court may extend the page limit of a response to a motion for good cause. This extension is requested in good faith because the issues presented for conditional certification pursuant to 29 U.S.C. §216(b) require Plaintiffs to provide detailed factual support and extensive briefing on the law and therefore good cause is present for exceeding the page limit.

Accordingly, based on the foregoing and for good cause appearing, the Parties, by and through their respective counsel of record, do hereby stipulate and agree that the page limit for Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Circulation of Notice Pursuant to 29 U.S.C §216(b), be extended up to twenty (20) pages not including exhibits.

Dated: December 12, 2017.

THIERMAN LAW FIRM */s/*

*Leah L. Jones*
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

Dated: December 12, 2017.

COHEN|JOHNSON|PARKER|EDWARDS

*/s/Chris Davis*
H. Stan Johnson, Nev. Bar No. 00265
Chris Davis, Nev. Bar No. 6616
255 E Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119

*Attorneys for Defendants*

**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

**ORDER**

**IT IS SO ORDERED.**

DATED this 13th day of December, 2017.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE